FILED ___ LODGED
RECEIVED ___ COPY

SEP 1 8 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CYNTHIA ALLOCCO and<br>RALPH ALLOCCO, wife and husband<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, a foreign corporation,<br><br>Defendant. | No. CIV 01 2220 PHX ROS<br><br>**ORDER TO EXTEND TIME FOR FILING JOINT PRETRIAL MEMORANDUM AND FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Pursuant to a stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the parties shall have until Friday, September 19, to file their Joint Pretrial Conference Memorandum and each party's respective Findings of Fact and Conclusions of Law.

DATED this 16th day of September, 2003.

*[signature]*

THE HONORABLE ROSYLN O. SILVER
Judge of the U. S. District Court

350260.1\15987-010