IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Allocco and Ralph Allocco, wife and husband,<br><br>Plaintiffs,<br><br>vs.<br><br>Metropolitan Life Insurance Company, a foreign corporation,<br><br>Defendant. | No. CIV 01-2220-PHX-ROS<br><br>**ORDER** |

A bench trial was held and Plaintiffs and Defendant each filed Proposed Findings of Fact and Conclusions of Law, and objections thereto. This Order sets forth the Court's ruling on Plaintiffs' claims. The Court has considered all the evidence and arguments and finds that the Plaintiff should prevail. Findings of Fact and Conclusions of Law and a decision on the amount of damages will follow.

**IT IS ORDERED** that the Court finds in favor of Plaintiffs.

DATED this 30th day of December, 2003.

Roslyn O. Silver
United States District Judge