UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

```
☐ FILED      ☐ LODGED
☐ RECEIVED   ☐ COPY

   OCT 15 2003

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

___ Preliminary Injunction    ___ TRO    ✓ Non-Jury Trial    ___ Jury Trial

Case Number CV01-2220    Judge Code 7022    Date 10/14/03

Allocco vs. Metropolitan Life

___ Plaintiff/Petitioner             ___ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Cynthia Anne Allocco | 10/14/03 | 10/14/03 |
| Lee Ann Kelley, MD |  | 10/14/03 by video |
| Gail Vickery | 10/14/03 | 10/14/03 10/15/03 |
| Ralph Allocco | 10/15/03 | 10/15/03 |
| Jay Lasser, MD |  | 10/15/03 by video |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |